UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JORGE MARTINEZ, AS POWER OF ATTORNEY
FOR THE ESTATE OF JOHN HEISER,

    Plaintiffs,

v.                                                      Civ. No. 1:25-cv-1098 LF/GJF

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*. Plaintiff filed his Complaint in state court on September 24, 2025. Dkt. No. 1-1. On November 5, 2025, Defendant removed the case to this Court, indicating that it "was served through the Office of Superintendent of Insurance on [October 6, 2025]." Dkt. No. 1 ¶ 32. Affording Defendant an additional 10 days because service was accomplished through the Superintendent, Defendant's responsive pleading was due by at least November 17, 2025. *See* N.M.S.A. § 59A-5-32(C); Fed. R. Civ. P. 81(c)(2).

For reasons not readily apparent, Defendant has not filed a responsive pleading or a notice of extension.

**IT IS ORDERED** that, no later than **December 8, 2025**, Defendant shall answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1-1) or provide the Court with a written explanation showing good cause why it has failed to do so.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE